**Order entered June 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01001-CR

**JOCELYN UY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-86182-2013**

## ORDER

The above case has been set for submission on appeal. Pursuant to rules 34.6(d) and 43.6 of the Texas Rules of Appellate Procedure, Claudia Webb is **ORDERED** to prepare, certify, and file in this Court no later than June 12, 2015, a supplement to the reporter's record containing all the exhibits.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE